

**Ohio** | **Department of Youth Services**

John R. Kasich, Governor
Harvey J. Reed, Director

April 8, 2014

I, Marlean Ames, accept the appointment from my current, unclassified Program Administrator 2 position, PN# 20019556 to the unclassified Program Administrator 3, PN# 20082094, for the Ohio Department of Youth Services, (DYS), Central Office location effective on or around April 20, 2014. With this appointment I acknowledge that my headquarter county will not change. Further, I understand that my hourly wage will be $31.10 (PR 14/Step 3) plus $2.79 in longevity supplement for a total hourly rate of $33.89.

I acknowledge this appointment as set forth in the Ohio Revised Code, section 124.11 and understand that I serve at the will of the Director of DYS and/or the Governor of the State of Ohio. As I am currently an unclassified employee I will not be required to resubmit to an Unclassified Background and Drug Screen.

Finally, until such time that the Governor as well as the Department of Administrative Services has approved this appointment I will remain in my current, permanent Program Administrator 2 position.

I understand that this position is overtime exempt as defined by the Fair Labor Standards Act, and codified in the Ohio Revised Code. I understand that I am not entitled to overtime pay or compensatory time accrual, though my supervisor/appointing authority may grant me comp/overtime at his/her discretion. I understand as a public employee it is my responsibility to document/verify that I am providing eighty hours of work per pay period or supplementing any shortage with leave benefits, and that I am subject to audit at any time.

_Marlean Ames_        4/9/14
Marlean Ames                Date

_Thomas_             4-9-14
Witness                    Date

Division of Human Resources
51 N. High Street., 1st Floor
Columbus, Ohio 43215

614 | 644-6093
www.dys.ohio.gov

EXHIBIT 1