**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **MARLEAN A. AMES,** | : |
| **Plaintiff,** | : |
| v. | : Case No. 2:20-cv-05935 |
| | : **Chief Judge Algenon L. Marbley** |
| **STATE OF OHIO DEPARTMENT OF YOUTH SERVICES,** | : **Magistrate Judge Elizabeth P. Deavers** |
| **Defendant.** | : |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the March 16, 2023 Opinion and Order, the Court **GRANTED** the Motion for Summary Judgment. This case is DISMISSED.

**Date: March 16, 2023**      **Richard W. Nagel, Clerk**

                                                    s/Diane Stash
                                          Diane Stash/Deputy Clerk