# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 7, 2025

```
FILED

Jul 07, 2025
KELLY L. STEPHENS, Clerk
```

Clerk
United States Court of Appeals
  for the Sixth Circuit
540 Potter Stewart United States Courthouse
100 E. Fifth Street
Cincinnati, OH 45202-3988

> **Re:  Marlean A. Ames**
> **v. OH Dept. of Youth Services**
> **No. 23-1039 (Your docket No. 23-3341)**

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

Enc.
cc:     All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 7, 2025

Mr. Xiao Wang, Esq.
University of Virginia School of Law
Supreme Court Litigation Clinic
580 Massie Road
Charlottesville, VA 22903

Mr. Thomas Elliot Gaiser, Esq.
Office of the Ohio Attorney General
30 E. Broad St., 17th Floor
Columbia, OH 43215

> **Re:  Marlean A. Ames**
> **v. OH Dept. of Youth Services**
> **No. 23-1039**

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Sixth Circuit.

The petitioner is given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing of joint appendix:** | **$6,257.00** |
| **Clerk's costs:** | **$300.00** |
| **Total:** | **$6,557.00** |

This amount may be recovered from the respondent.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

cc:  Clerk, 6th Cir.
        (Your docket No. 23-3341)

# Supreme Court of the United States

No.  23–1039

### MARLEAN A. AMES,

Petitioner

*v.*

### OHIO DEPARTMENT OF YOUTH SERVICES

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Sixth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated with costs, and the case is remanded to the United States Court of Appeals for the Sixth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioner, Marlean A. Ames, recover from Ohio Department of Youth Services, Six Thousand Five Hundred Fifty-seven Dollars ($6,557.00) for costs herein expended.

June 5, 2025

| | |
|---|---|
| **Printing of joint appendix:** | **$6,257.00** |
| **Clerk's costs:** | **$300.00** |
| **Total:** | **$6,557.00** |

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States