**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 02, 2025

Mr. Edward L. Gilbert
Gilbert Law
3070 W. Market Street
Suite 100
Akron, OH 44333

Ms. Megan Jewett
Ms. Cathleen B. Slater
Office of the Attorney General
Employment Law Section
30 E. Broad Street
16th Floor
Columbus, OH 43215

Re: Case No. 23-3341, *Marlean Ames v. Ohio Dept of Youth Services*
Originating Case No. : 2:20-cv-05935

Dear Counsel,

  The Court issued the enclosed Order today in this case.

                              Sincerely yours,

                              s/Kelly Stephens
                              Cathryn Lovely, Opinions Deputy
                              Direct Dial No. 513-564-7062

cc:  Mr. Richard W. Nagel

Enclosure

No. 23-3341

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Sep 02, 2025
KELLY L. STEPHENS, Clerk

MARLEAN A. AMES,

    Plaintiff-Appellant,

v.

OHIO DEPARTMENT OF YOUTH SERVICES,

    Defendant-Appellee.

O R D E R

Before: MOORE, McKEAGUE, and KETHLEDGE, Circuit Judges.

On December 4, 2023, we affirmed the district court's order granting summary judgment to the Ohio Department of Youth Services.

We now VACATE the district court's judgment and REMAND the case to the district court for further proceedings consistent with the Supreme Court's opinion in *Ames v. Ohio Department of Youth Services*, 605 U.S. ___ (2025).

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk