IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARLEAN AMES, | : | CASE NO. 2:20-cv-05935 |
| Plaintiff, | : | JUDGE ALGENON L. MARBLEY |
| v. | : | |
| STATE OF OHIO DEPARTMENT OF YOUTH SERVICES, | : | MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS |
| | : | |
| Defendant. | : | |

**DEFENDANT'S SECOND MOTION TO EXTEND THE
DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR FEES**

Defendant, the Ohio Department of Youth Services, respectfully requests that this Court extend the deadline from September 11, 2025 to November 3, 2025 for Defendant to file its Memorandum Contra to address the reasonableness of the work, fees, and costs claimed in the Motion for Fees filed by Plaintiff Marlean Ames. (Pl.'s Mot. For Fees, ECF No. 92). Defendant has identified and met with an expert witness and is engaging in the logistical process of retaining the expert witness to challenge the reasonableness of the work, fees, and costs claimed by Plaintiff. The expert witness is unable to complete their report by the September 11, 2025 deadline due to pre-planned personal conflicts.

In accordance with S.D. Ohio Civ. R. 7.3, Defendant's counsel contacted Plaintiff's counsel by email on September 5, 2025. (Exhibit 1). Based on the most recent email communication between the parties, it is unclear to the Defendant as to whether Plaintiff will oppose this motion. *Id.* However, Plaintiff previously communicated to Defendant (in June 2025) that Plaintiff will oppose any motion

to deny or delay Plaintiff's request for fees. Defendant is filing this Motion in good faith and not for purposes of delay. A memorandum in support is attached.

Respectfully submitted,

DAVE YOST (0056290)
Ohio Attorney General

*s/ Cathleen B. Slater*

CATHLEEN B. SLATER (0066088)
*Trial Counsel*
Principal Assistant Attorney General
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7257 – Telephone
(614) 752-4677 – Facsimile
ELSReview@OhioAGO.gov

*Counsel for Defendant*

**MEMORANDUM IN SUPPORT**

I. Introduction.

This Court granted Defendant summary judgment on Ames's claims that Defendant discriminated against her (1) on the basis of her sexual orientation and (2) on the basis of sex. (Op. and Order Granting Mot. Summ. J., ECF No. 79). Ames appealed to the Sixth Circuit which affirmed this Court's decision. (6th Cir. Op. Affirming Summ. J., ECF No. 86). Ames timely petitioned the Supreme Court for a writ of certiorari challenging the "background circumstances" analysis for a majority-group plaintiff that the Sixth Circuit and this Court had applied to sexual orientation claims. (ECF No. 90). The Supreme Court granted Ames's petition and subsequently held that Title VII does not impose a heightened evidentiary standard on majority groups at the first step of the *McDonnell Douglas* framework. (SCOTUS Opinion, ECF No. 91 at PageID 2640, 2648). The Supreme Court vacated and remanded the case to the lower courts for the application of the proper prima facie standard to her sexual orientation claims and for further proceedings. *Id*. The Sixth Circuit Court of Appeals vacated and remanded the case to this Court for further proceedings. (6th Cir. Ord. Vacating and Remanding, ECF No. 100 at PageID 2737).

On June 20, 2025, Ames filed Plaintiff's Motion for Fees. (Pl.'s Mot. For Fees, ECF No. 92). Ames asserts that she is a prevailing party and entitled to attorney fees and costs associated with an appeal under 42 U.S.C. 1988. (ECF No. 92 at PageID 2664). Defendant filed a *Motion to Dismiss or Stay Consideration of Plaintiff's Motion for Fees, and, in the alternative, Motion to Extend the Deadline to Respond to Plaintiff's Motion for Fees* on June 30, 2025. (ECF No. 94). In response, Plaintiff filed its Opposition to Defendant's Motion on July 17, 2025. (ECF No. 98). Defendant then filed a Reply in Support of Defendant's Motion on July 29, 2025. (ECF No. 99). Defendant repeats, realleges and incorporates by reference herein the arguments in its *Motion to Dismiss or Stay*

*Consideration of Plaintiff's Motion for Fees, and, in the alternative, Motion to Extend the Deadline to Respond to Plaintiff's Motion for Fees* filed on June 30, 2025 and its Reply in Support filed on July 29, 2025 as though fully set forth in this Motion. (ECF Nos. 94, 99).

II. **The Defendant requests an additional extension of the deadline to file its Memorandum Contra to include expert testimony to address the reasonableness of the fees and costs claimed by Plaintiff.**

If the Court does not deny or stay the consideration of Plaintiff's Motion for Costs, Defendant requests an additional extension of the deadline to file a Memorandum Contra to allow an expert witness to provide testimony challenging the reasonableness of the work and amount of the fees and costs claimed by Ames. Plaintiff's counsel has requested an extraordinary award of $466,240.00 in attorney fees based upon an hourly rate of $1,600.00 as well as other costs. (ECF No. 92-4; ECF No. 92-5). Plaintiff's counsel claims a voluminous number of hours spent on seemingly administrative tasks with vague explanation. (ECF 92-4). Thus, an expert witness is needed to thoroughly analyze the hours claimed by Plaintiff to determine the extent to which those hours are actually compensable.

Defendant has identified and met with an expert witness and is engaging in the logistical process of retaining the expert witness to challenge the reasonableness of the work, fees, and costs claimed by Plaintiff. Defendant's counsel had personal and other case conflicts during the last two months impacting the retention of an expert witness, including 15 depositions during the later part of July through August, 2025. Additionally, the identified expert witness is unable to complete their report by the September 11, 2025 deadline due to pre-planned personal conflicts during the first half of September. Thus, the current deadline of September 11, 2025 is insufficient to address the reasonableness of the work, fees, and costs presented in the Plaintiff's Motion for Fees, but Defendant is confident in filing a well-supported Memorandum Contra by November 3, 2025.

4

### III.     Conclusion.

For these reasons, Defendant respectfully requests an extension of the deadline for Defendant to file its Memorandum Contra to address the reasonableness of the work, fees, and costs presented in the Plaintiff's Motion for Fees until November 3, 2025. Defendant makes this request based on good cause and not for purposes of delay.

        Respectfully submitted,

        DAVE YOST (0056290)
        Ohio Attorney General

        ***s/ Cathleen B. Slater***

        CATHLEEN B. SLATER (0066088)
        *Trial Counsel*
        Principal Assistant Attorney General
        30 East Broad Street, 16th Floor
        Columbus, Ohio 43215
        (614) 644-7257 – Telephone
        (614) 752-4677 – Facsimile
        ELSReview@OhioAGO.gov

        *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

This will certify that the foregoing *Defendant's Second Motion to Extend the Deadline to Respond to Plaintiff's Motion for Fees* was served upon counsel for Plaintiff, Edward Gilbert via electronic mail service at [egilbert@edwardlgilbert.com](egilbert@edwardlgilbert.com), on September 10, 2025.

*s/ Cathleen B. Slater*

CATHLEEN B. SLATER (0066088)
*Trial Counsel*
Principal Assistant Attorney General