IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MARLEAN A. AMES** | ) | CASE NO. 2:20-cv-05935 |
| | ) | |
| **Plaintiff,** | ) | **CHIEF JUDGE ALGENON L. MARBLEY** |
| | ) | |
| v. | ) | **CHIEF MAGISTRATE JUDGE** |
| | ) | **ELIZABETH P. DEAVERS** |
| **STATE OF OHIO DEPARTMENT** | ) | |
| **OF YOUTH SERVICES** | ) | **NOTICE** |
| | ) | |
| **Defendant.** | ) | |

Now comes Plaintiff, Marlean A. Ames, by and through the undersigned counsel, and gives notice to the Court that she does not object to Defendant's request for an extension of time to respond to the Motion for Attorney Fees.

However, the Plaintiff requests that no other extension be granted on this Motion.

Respectfully submitted,

**EDWARD L. GILBERT CO., LPA**

/s/ Edward L. Gilbert
Edward L. Gilbert (0014544)
3070 West Market Street, Suite 100
Akron, Ohio 44333
(330) 376-8855 Telephone
(330) 376-8857 Facsimile
egilbert@edwardlgilbert.com
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed on September 10, 2025.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Edward L. Gilbert
Edward L. Gilbert (0014544)