# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MARLEAN A. AMES,**

    **Plaintiff,**

    v.

    Civil Action 2:20-cv-5935
    Judge Algenon L. Marbley
    Magistrate Judge Elizabeth P. Deavers

**STATE OF OHIO DEPARTMENT OF YOUTH SERVICES,**

    **Defendant.**

## ORDER

This matter is before the Court on Defendant's Second Motion to Extend the Deadline to Respond to Plaintiff's Motion for Fees. (ECF No. 101.) Plaintiff does not oppose the request. (ECF No. 102.) The Motion is **GRANTED**. Defendant may have until **NOVEMBER 3, 2025**, to file its Memorandum Contra.

    **IT IS SO ORDERED.**

Date: September 11, 2025

    /s/ *Elizabeth A. Preston Deavers*
    **ELIZABETH A. PRESTON DEAVERS**
    **UNITED STATES MAGISTRATE JUDGE**