**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 24, 2025

Mr. Richard W. Nagel
Office of the Clerk
85 Marconi Boulevard
Suite 121
Columbus, OH 43215

      Re:  Case No. 23-3341, *Marlean Ames v. Ohio Dept of Youth Services*
          Originating Case No. : 2:20-cv-05935

Dear Mr. Nagel,

 Enclosed is a copy of the mandate filed in this case.

                   Sincerely yours,

                   s/Kelly Stephens
                   Appeal Case Manager: Monica

cc:  Mr. Edward L. Gilbert
    Ms. Megan Jewett
    Ms. Cathleen B. Slater

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-3341

_____

Filed: September 24, 2025

MARLEAN A. AMES

    Plaintiff - Appellant

v.

OHIO DEPARTMENT OF YOUTH SERVICES

    Defendant - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 09/02/2025 the mandate for this case hereby issues today.

 COSTS:  None