IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARLEAN A. AMES | ) | CASE NO. 2:20-cv-05935 |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE ALGENON L. MARBLEY |
| | ) | |
| v. | ) | CHIEF MAGISTRATE JUDGE |
| | ) | ELIZABETH P. DEAVERS |
| STATE OF OHIO DEPARTMENT | ) | |
| OF YOUTH SERVICES | ) | **PLAINTIFF'S REFILED MOTION FOR** |
| | ) | **FEES** |
| Defendant. | ) | |

The Plaintiff states that on June 6, 2025, the U.S. Supreme Court issued an Opinion vacating and remanding this case.

On June 20, 2025, the Plaintiff filed her first Motion for Fees.

On September 24, 2025, a mandate was issued by the Sixth Circuit Court of its order of September 2, 2025, vacating and remanding this case per order of the U.S. Supreme Court.

Out of an abundance of caution, for jurisdictional and procedural issues, the Plaintiff hereby requests this Court to consider the fee request of June 20, 2025, to be a "**refile**" of her Motion for Fees (See attached).

Respectfully submitted,

**EDWARD L. GILBERT CO., LPA**

 /s/ Edward L. Gilbert
Edward L. Gilbert (0014544)
3070 West Market Street, Suite 100
Akron, Ohio 44333
(330) 376-8855 Telephone
(330) 376-8857 Facsimile
egilbert@edwardlgilbert.com
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed on September 30, 2025.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Edward L. Gilbert
Edward L. Gilbert (0014544)