**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| MARLEAN AMES, | : | CASE NO. 2:20-cv-05935 |
| Plaintiff, | : | JUDGE ALGENON L. MARBLEY |
| v. | : | |
| | | MAGISTRATE JUDGE |
| STATE OF OHIO DEPARTMENT OF YOUTH SERVICES, | : | ELIZABETH PRESTON DEAVERS |
| | : | |
| Defendant. | | |
| | : | |

---

**DEFENDANT'S UNOPPOSED REFILED SECOND MOTION TO EXTEND THE
DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR FEES**

---

Defendant, the Ohio Department of Youth Services, respectfully requests that this Court accept the previously granted deadline of November 3, 2025, for Defendant to file its Memorandum Contra, which will address the reasonableness of the work, fees, and costs claimed in the *Motion for Fees* filed by Plaintiff Marlean Ames. (ECF No. 92). This Court previously granted Defendant's *Second Motion to Extend the Deadline to Respond to Plaintiff's Motion for Fees*. (ECF No. 103). However, at the end of September, Plaintiff "refile[d]" her *Motion for Fees*. (ECF No. 105). Thus, Defendant is refiling its *Second Motion to Extend the Deadline to Respond to Plaintiff's Motion for Fees* to ensure recognition of the previously granted November 3, 2025 deadline.

Defendant's counsel contacted Plaintiff's counsel by email on October 3, 2025 to be in accordance with S.D. Ohio Civ. R. 7.3. Plaintiff's counsel does not oppose this Motion. Defendant is filing this Motion in good faith and not for purposes of delay. A memorandum in support is attached. A proposed order is also filed herewith.

Respectfully submitted,

DAVE YOST (0056290)
Ohio Attorney General

***s/ Cathleen B. Slater***

CATHLEEN B. SLATER (0066088)
*Trial Counsel*
Principal Assistant Attorney General
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7257 – Telephone
(614) 752-4677 – Facsimile
ELSReview@OhioAGO.gov

*Counsel for Defendant*

2

## MEMORANDUM IN SUPPORT

### I.    Introduction.

Defendant, the Ohio Department of Youth Services, respectfully submits this Memorandum in Support of its refiled *Second Motion to Extend the Deadline to Respond to Plaintiff's Motion for Fees*. This filing is necessary to ensure the Court's recognition of the previously granted deadline of November 3, 2025, for Defendant to file its Memorandum Contra addressing the reasonableness of the work, fees, and costs claimed by Plaintiff Marlean Ames. Although this Court granted Defendant's *Second Motion to Extend the Deadline to Respond to Plaintiff's Motion for Fees* (ECF No. 103), Plaintiff subsequently refiled her *Motion for Fees* (ECF No. 105), prompting Defendant to refile its extension motion to maintain procedural clarity and consistency. This request is made in good faith and not for purposes of delay.

### II.    Procedural History.

This Court granted Defendant summary judgment on Ames's claims that Defendant discriminated against her (1) on the basis of her sexual orientation and (2) on the basis of sex. (Op. and Order Granting Mot. Summ. J., ECF No. 79). Ames appealed to the Sixth Circuit which affirmed this Court's decision. (6th Cir. Op. Affirming Summ. J., ECF No. 86). Ames timely petitioned the Supreme Court for a writ of certiorari challenging the "background circumstances" analysis for a majority-group plaintiff that the Sixth Circuit and this Court had applied to sexual orientation claims. (ECF No. 90). The Supreme Court granted Ames's petition and subsequently held that Title VII does not impose a heightened evidentiary standard on majority groups at the first step of the *McDonnell Douglas* framework. (SCOTUS Opinion, ECF No. 91 at PageID 2640, 2648). The Supreme Court vacated and remanded the case to the lower courts for the application of the proper prima facie standard to her sexual orientation claims and for further proceedings. *Id.*

The Sixth Circuit Court of Appeals vacated and remanded the case to this Court for further proceedings. (6th Cir. Ord. Vacating and Remanding, ECF No. 100 at PageID 2737).

In June 2025, Ames filed Plaintiff's *Motion for Fees*. (ECF No. 92). Ames asserts that she is a prevailing party and entitled to attorney fees and costs associated with an appeal under 42 U.S.C. 1988. (ECF No. 92 at PageID 2664). Subsequently, Defendant filed a *Motion to Dismiss or Stay Consideration of Plaintiff's Motion for Fees, and, in the alternative, Motion to Extend the Deadline to Respond to Plaintiff's Motion for Fees*. (ECF No. 94). In response, Plaintiff filed its Opposition to Defendant's Motion in July 2025. (ECF No. 98). Defendant then filed a Reply in Support of Defendant's Motion. (ECF No. 99).

In September, Defendant filed its *Second Motion to Extend the Deadline to Respond to Plaintiff's Motion for Fees* to acquire expert witness testimony. (ECF No. 101). Soon thereafter, Plaintiff filed a Notice that she did not object to Defendant's request for an extension of time. (ECF No. 102). This Court then granted Defendant's request to have until November 3, 2025 to file its Memorandum Contra. (ECF No. 103). However, after the Mandate was issued by the United States Court of Appeals for the Sixth Circuit (ECF No. 104), Plaintiff "refile[d]" her *Motion for Fees*. (ECF No. 105). Defendant now refiles its *Second Motion to Extend the Deadline to Respond to Plaintiff's Motion for Fees*.

Defendant repeats, realleges and incorporates by reference herein the arguments in its *Motion to Dismiss or Stay Consideration of Plaintiff's Motion for Fees, and, in the alternative, Motion to Extend the Deadline to Respond to Plaintiff's Motion for Fees*, its *Reply in Support*, and its *Second Motion to Extend the Deadline to Respond to Plaintiff's Motion for Fees* as though fully set forth in this Motion. (ECF Nos. 94, 99, 101).

**III.    The Defendant previously requested an additional extension of the deadline to file its Memorandum Contra to include expert testimony to address the reasonableness of the fees and costs claimed by Plaintiff.**

Defendant filed its *Second Motion to Extend the Deadline to Respond to Plaintiff's Motion for Fees* to allow an expert witness to provide testimony challenging the reasonableness of the work and amount of the fees and costs claimed by Ames. Plaintiff's counsel has requested an extraordinary award of $466,240.00 in attorney fees based upon an hourly rate of $1,600.00 as well as other costs. (ECF No. 92-4; ECF No. 92-5). Plaintiff's counsel claims a voluminous number of hours spent on seemingly administrative tasks with vague explanation. (ECF 92-4). Thus, Defendant required an expert witness to thoroughly analyze the hours claimed by Plaintiff to determine the extent to which those hours are actually compensable.

Defendant retained an expert witness who is currently preparing a report analyzing the work performed, as well as the fees and costs claimed by Plaintiff. Due to pre-scheduled personal commitments during the first half of September, the expert was unable to complete the report by the original early September deadline. Accordingly, Defendant filed a motion requesting an additional extension until November 3, 2025, which this Court granted, to allow sufficient time to submit a well-supported Memorandum Contra.

**IV.    Conclusion.**

For these reasons, Defendant respectfully requests this Court accept the previously granted deadline of November 3, 2025, for Defendant to file its Memorandum Contra to address the reasonableness of the work, fees, and costs presented in the Plaintiff's *Motion for Fees.* Defendant makes this request based on good cause and not for purposes of delay.

Respectfully submitted,

DAVE YOST (0056290)
Ohio Attorney General

*s/ Cathleen B. Slater*

CATHLEEN B. SLATER (0066088)
*Trial Counsel*
Principal Assistant Attorney General
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7257 – Telephone
(614) 752-4677 – Facsimile
ELSReview@OhioAGO.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

This will certify that the foregoing *Defendant's Unopposed Refiled Second Motion to Extend the Deadline to Respond to Plaintiff's Motion for Fees* was filed electronically on October 9, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Cathleen B. Slater*

CATHLEEN B. SLATER (0066088)
*Trial Counsel*
Principal Assistant Attorney General