# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MARLEAN A. AMES,**

    **Plaintiff,**

    v.

    Civil Action 2:20-cv-5935
    Judge Algenon L. Marbley
    Magistrate Judge Elizabeth P. Deavers

**STATE OF OHIO DEPARTMENT OF YOUTH SERVICES,**

    **Defendant.**

## ORDER

This matter is before the Court on Defendant's Unopposed Refiled Second Motion to Extend the Deadline to Respond to Plaintiff's Motion for Fees.  (ECF No. 106.)  Defendant seeks to confirm its response deadline in light of Plaintiff's "refiling" of her Motion for Fees (ECF No. 105).  (*Id.*)  The Motion is **GRANTED**.  Defendant has until **NOVEMBER 3, 2025**, to file its Memorandum Contra.

    **IT IS SO ORDERED.**


Date: October 10, 2025        /s/ *Elizabeth A. Preston Deavers*
                                              **ELIZABETH A. PRESTON DEAVERS**
                                              **UNITED STATES MAGISTRATE JUDGE**